■ In the Matter of BARBARA R., Respondent, v FABIEN R., Appellant. [858 NYS2d 636]—Appeal from an order of the Family

Court, Erie County (Sharon M. LoVallo, A.J.), entered September 7, 2007 in a proceeding pursuant to Domestic Relations Law article 5-A. The order denied respondent's motion to dismiss the petition.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see generally Vernon v Vernon*, 100 NY2d 960 [2003]). Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.